MERCURIO N. ODDO *et al.*, Plaintiffs-Appellants, *v.* WESTERN SAVINGS AND LOAN ASSOCIATION, Defendant-Appellee.

(No. 58901;

First District (3rd Division)—January 17, 1974.

Opinion by Mr. PRESIDING JUSTICE McNAMARA.

Salvatore E. Oddo, of Oak Park, for appellants.

Jacob H. Martin, Sydney G. Craig, and Charles L. Michod, Jr., of Martin, Craig, Chester & Sonnenschein, of Chicago, for appellee.